STATE v. ARMSTRONG

No. 418P96

Case below: 123 N.C. App. 785

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 November 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

STATE v. BYNUM

No. 404P96

Case below: 122 N.C. App. 399

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 November 1996.

STATE v. FERNANDEZ

No. 414P96

Case below: 123 N.C. App. 785

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

STATE v. FLEMING

No. 428P96

Case below: 122 N.C. App. 754

Petition by defendant (Lenoris Fleming) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 November 1996.

STATE v. FOWLER

No. 423P96

Case below: 123 N.C. App. 786

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.